IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL LAMAR BROWN,

      Plaintiff,
v.                              Case No.  4:15cv252MW/CAS

CAROLYN W. COLVIN,

      Defendant.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 23, along with Defendant's response to Plaintiff's objections.  ECF No. 24.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **AFFIRMED** and judgment entered for the Defendant."  The Clerk shall

close the file.

**SO ORDERED on March 15, 2016.**

<u>s/Mark E. Walker</u><br>
**United States District Judge**